UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2740

ORDER REASSIGNING LITIGATION

The Panel has been notified of the need to reassign the above litigation to another judge in the Eastern District of Louisiana.

IT IS THEREFORE ORDERED that, with the consent of that court, this litigation is re-assigned to the Honorable Jane Triche Milazzo for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

FOR THE PANEL

**REASSIGNED TO**
**SECTION   H**

Sarah S. Vance
Chair